IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | DNCW3:14CR116-MOC-SCR |
| | ) | (Financial Litigation Unit) |
| CHRISTOPHER HAYES, | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ADELE KNITS INC., | ) | |
| Garnishee. | ) | |

## DISMISSAL OF ORDER OF CONTINUING GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown,

it is **ORDERED** that the Order of Continuing Garnishment filed in this case against the Defendant

as to the Garnishee is **DISMISSED**.

**SO ORDERED**.

Signed: April 20, 2023

_____
Susan C. Rodriguez
United States Magistrate Judge